AO 458 (Rev. 01/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No.    1:14-cr-355 |
| Carlos Emilio Arita Lara | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

the United States                                                                 .

Date:    05/01/2024

/s/ Philip Alito
*Attorney's signature*

Philip Alito
*Printed name and bar number*

U.S. Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314

*Address*

philip.alito@usdoj.gov
*E-mail address*

(703) 299-3800
*Telephone number*

*FAX number*